IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1035-PSF-BNB

CARLA A. KEESECKER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## ORDER RE STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

---

The parties' Stipulation for Dismissal With Prejudice (Dkt. # 14) having been submitted, and the Court being fully advised in the premises, it is hereby

ORDERED that plaintiff's claims in this action are DISMISSED with prejudice as to the defendant, each party to pay its own costs.

DATED:  September 13, 2005

                                BY THE COURT:

                                s/ Phillip S. Figa

                                _____
                                Phillip S. Figa
                                United States District Judge